```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 06044
   DEBRA A CULBREATH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4401

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/18/2004 and was confirmed 04/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 10/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
VANDERBILT MORTGAGE & FI   UNSECURED        30845.59          .00            .00
FORD MOTOR CREDIT          SECURED            800.00          .00         800.00
FORD MOTOR CREDIT          UNSECURED         1003.22          .00         297.80
SALLIE MAE SERVICING       UNSECURED         8400.00          .00        1777.08
ASPIRE VISA                UNSECURED         1545.88          .00         481.65
CAPITAL ONE BANK           UNSECURED          394.97          .00         123.06
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED          427.66          .00         133.25
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00            .00
INGALLS HOSPITAL           UNSECURED       NOT FILED          .00            .00
AMERICAN REVENUE CORP      UNSECURED           12.82          .00            .00
PATHOLOGY ASSOC OF CHICA   UNSECURED       NOT FILED          .00            .00
ST MARGARET MERCY HOSPIT   UNSECURED          398.70          .00         124.22
ACCOUNT MANAGEMENT SERVI   UNSECURED       NOT FILED          .00            .00
ST MARGARET MERCY HOSPIT   UNSECURED          530.64          .00         165.32
MUTUAL HOSPITAL            UNSECURED          929.31          .00         289.53
ACCOUNT MANAGEMENT SERVI   UNSECURED       NOT FILED          .00            .00
SULLIVAN URGENT AID        UNSECURED       NOT FILED          .00            .00
SULLIVAN URGENT AID        UNSECURED       NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED        12095.23          .00        3768.45
ECAST SETTLEMENT CORP      UNSECURED             .00          .00            .00
ECAST SETTLEMENT CORP      UNSECURED             .00          .00            .00
SLMA TRUST                 UNSECURED         4135.45          .00        1236.83
BANK ONE ED FIN            UNSECURED         1118.45          .00         334.51
BANK ONE ED FIN            UNSECURED         1216.00          .00         363.67
VANDERBILT MORTGAGE & FI   NOTICE ONLY    NOT FILED           .00            .00
THOMAS M BRITT             DEBTOR ATTY      1,000.00                    1,000.00
TOM VAUGHN                 TRUSTEE                                       618.25
DEBTOR REFUND              REFUND                                        786.38

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 06044 DEBRA A CULBREATH
```

```
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       12,300.00

PRIORITY                                                  .00
SECURED                                                800.00
UNSECURED                                            9,095.37
ADMINISTRATIVE                                       1,000.00
TRUSTEE COMPENSATION                                   618.25
DEBTOR REFUND                                          786.38
                             ---------------    ---------------
TOTALS                        12,300.00             12,300.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 01/22/08          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE